IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| | : VIOLATIONS: |
| v. | : 08-CR 10211-WGY |
| | : |
| | : 26 U.S.C. §5861(d) |
| MICHAEL A. AMBROSE, | : Unlawful Possession of a Firearm |
| Defendant. | : |

## INDICTMENT

**COUNT ONE:**   (26 U.S.C. §5861(d) - Unlawful Possession of a Firearm)

The Grand Jury charges that:

On or about May 15, 2008, in East Bridgewater and elsewhere in the District of Massachusetts,

MICHAEL A. AMBROSE,

defendant herein, knowingly possessed thirty-nine firearms, to wit, explosive bombs and grenades, none of which was registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5845 (a) & (f) and 5861(d).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
LEAH B. FOLEY
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                July 23, 2008

Returned into the District Court by the Grand Jurors and filed.

_____ Donald LaRoche 12:00 pm
Deputy Clerk